```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LINDA SLADE,

                Plaintiff,                22-CV-00037 (AJN)(SN)

    -against-                       **ORDER**

LIFE SPECTACULAR, INC.,

                Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On March 2, 2022, the Court granted Defendant's motion for an extension of time to file its answer. ECF No. 10. Defendant was ordered to answer, move, or otherwise respond to Plaintiff's Complaint by March 18, 2022. Id. As of the issuance of this order, Defendant has not yet filed an answer. Defendant shall answer, move, or otherwise respond by no later than April 1, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                March 25, 2022