UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINDA SLADE,

                                 Plaintiff,                                          22-CV-00037 (ALC)(SN)

                   -against-                                                                    <u>ORDER</u>

LIFE SPECTACULAR, INC.,

                                 Defendant.
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       Defendant's motion to dismiss was recently fully briefed. In light of the issues raised in the motion, the Court does not intend to schedule pretrial deadlines at this time. The parties, however, are encouraged to engage in good faith settlement discussions. If the parties believe it would be productive, they are directed to contact Courtroom Deputy Rachel Slusher by email at [Rachel_Slusher@nysd.uscourts.gov](mailto:Rachel_Slusher@nysd.uscourts.gov) to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:      June 6, 2022
                  New York, New York